UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DE PAZ, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 4:16-cv-02347-KAW<br><br>**ORDER CONTINUING 11/15/16 CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE TO TIFFANY DE PAZ** |

Plaintiffs Tiffany De Paz, individually and as guardian ad litem for her minor children, and her four children filed a lawsuit against Sonoma County and California Forensic Medical Group alleging wrongful death and civil rights violations, which was subsequently removed to federal court.

The Court previously continued the August 2, 2016 case management conference to November 15, 2016, because Plaintiffs failed to file a case management conference statement. (*See* Dkt. No. 14.)  Plaintiffs have again failed to file a case management conference statement.

Accordingly, the Court continues the November 15, 2016 case management conference to March 7, 2017 in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California.  Separate case management conference statements are due by February 28, 2017.

Plaintiffs are advised that a guardian ad litem cannot represent a child without retaining a lawyer. *Johns v. Cty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).  Thus, Tiffany De Paz will have to obtain counsel to prosecute any claims on behalf of her minor children.  Should Plaintiffs wish to prosecute the action at this time, they shall obtain counsel and file a notice of appearance on or before February 28, 2017.  The failure to timely retain counsel will result in the dismissal of the minors' claims without prejudice. *Id.*

Accordingly, Plaintiffs may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— for guidance on how to proceed by calling (415) 782-8982.

## ORDER TO SHOW CAUSE

Finally, Plaintiff Tiffany De Paz is ORDERED TO SHOW CAUSE by December 15, 2016 why the case should not be dismissed for failure to prosecute, as she has failed to file two case management conference statements, failed to participate in the ADR phone conference, and apparently failed to serve the complaint on Defendant California Forensic Medical Group, Inc., which has not appeared.  Mrs. De Paz shall also inform the Court as to whether she intends to prosecute this action.  She is advised to seek assistance from the Help Desk prior to filing her response to the order to show cause to ensure that she understands the impact of her decisions, and is properly responding to this order.

IT IS SO ORDERED.

Dated: November 10, 2016

KANDIS A. WESTMORE
United States Magistrate Judge