UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DE PAZ, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | Case No.  4:16-cv-02347-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 17 |

　　　　On November 10, 2016, the Court continued the case management conference to March 7, 2017, because Plaintiffs failed to timely file a case management statement. (Dkt. No. 17.) Plaintiff Tiffany De Paz was also advised that a guardian ad litem cannot represent her minor children, so they would have to obtain counsel. *Id.* at 1.  The Court also issued an order to show cause to Mrs. De Paz to explain why the case should not be dismissed for failure to prosecute, given that she had now failed to file case management statements on two separate occasions. *Id.* at 2. The last day to respond was December 15, 2016.  To date, no response has been filed.

　　　　Accordingly, Tiffany De Paz is ORDERED TO SHOW CAUSE by **February 17, 201**7 why the case should not be dismissed for failure to prosecute.  Specifically, Mrs. De Paz shall explain why she did not timely file the case management statements, and whether she intends to prosecute this case.  Failure to respond by the deadline may result in the case being dismissed without prejudice for failure to prosecute.

　　　　Mrs. De Paz is again advised that she may obtain free legal assistance from the Federal Pro Bono Project's Help Desk by calling (415) 782-8982 to make an appointment.

　　　　IT IS SO ORDERED.

Dated: January 25, 2017

KANDIS A. WESTMORE
United States Magistrate Judge