UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DE PAZ, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | Case No. 4:16-cv-02347-KAW<br><br>**REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER REASSIGNING CASE TO A DISTRICT JUDGE; ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 17, 18 |

　　　On November 10, 2016, the Court continued the case management conference to March 7, 2017, because Plaintiffs failed to timely file a case management statement. (Dkt. No. 17.) Plaintiff Tiffany De Paz was advised that a guardian ad litem cannot represent her minor children, so they would have to obtain counsel. *Id.* at 1.  The Court also issued an order to show cause to Mrs. De Paz to explain why the case should not be dismissed for failure to prosecute, given that she had now failed to file case management statements on two separate occasions. *Id.* at 2. The last day to respond was December 15, 2016. *Id.* No response was filed.

　　　On January 25, 2017, the Court issued a second order to show cause, and advised Ms. De Paz that the failure to respond by the February 17, 2017 deadline may result in the case being dismissed without prejudice for failure to prosecute. (Dkt. No. 18.)  To date, Plaintiff has not filed a response to either order to show cause, nor has she filed any other documents with the court.

　　　Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power'").  Unless otherwise stated, a dismissal under Rule 41(b) "operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

1  Accordingly, as Plaintiffs have not consented to the undersigned, the Court VACATES the
2  March 7, 2017 case management conference, and reassigns this case to a district judge with the
3  recommendation that the case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.
4  Any party may file objections to this report and recommendation with the district judge
5  within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b).  The
6  parties are advised that failure to file objections within the specified time may waive the right to
7  appeal the district court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-
8  5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).
9  IT IS SO RECOMMENDED.
10  Dated: March 2, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge